# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 11, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137664-5(53)

GHASSAN M. SAAB,
      Plaintiff/Counter-Defendant-
      Appellee/Cross-Appellant,

v

                               SC: 137664-5
                               COA: 278384; 278772
                               Genesee CC: 04-079096-CK

ALICE FARAH,
      Defendant/Counter-Plaintiff-
      Appellant/Cross-Appellee.
_____/

     On order of the Court, the motion for reconsideration of this Court's May 8, 2009 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

     CORRIGAN, J., would grant the motion for reconsideration.

     MARKMAN, J., would grant the motion for reconsideration and, on reconsideration, would reverse for the reasons set forth in his dissenting statement in this case, 483 Mich 1006 (2009).



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 11, 2009

                                        Clerk

d0831